**UNITED STATES of America, Appellee,**

v.

**Rogelio VERA–NAVARRO, Appellant.**

No. 03–1090.

United States Court of Appeals, Eighth Circuit.

Submitted June 5, 2003.

Decided June 12, 2003.

---

Before LOKEN, Chief Judge, MORRIS SHEPPARD ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Rogelio Vera–Navarro pleaded guilty to illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a). The district court[1] sentenced him to 70 months imprisonment and 2 years supervised release. On appeal, Mr. Vera–Navarro's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court should have granted a downward departure under U.S.S.G. § 5K2.11, p.s. (lesser harms) and § 5K2.12, p.s. (coercion and duress). Mr. Vera–Navarro asserts, pro se, that he was never comfortable with his attorney and felt as if he was "railroaded from the start," and urges us to reduce his sentence.

Given the district court's explicit recognition of its authority to depart, its decision not to depart is unreviewable. *See United States v. Orozco–Rodriguez*, 220 F.3d 940, 942 (8th Cir.2000). Further, any ineffective-assistance argument that Mr. Vera–Navarro may be trying to raise is not properly before us. *See United States v. Martin*, 59 F.3d 767, 771 (8th Cir.1995).

Following careful review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no other nonfrivolous issues. Accordingly, the judgment is affirmed. We also grant counsel's motion to withdraw.

---

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.